UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON XILINX, INC., _____/ | No. C 14-80271 JST (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Xilinx, Inc.'s motion to quash (and all other discovery disputes in this action), which was electronically filed on September 26, 2014, to the undersigned. The motion relates to an action that Plaintiff The California Institute of Technology ("CalTech") has brought against Defendant Hughes Communications, Inc. in the United States District Court for the Central District of California. *See The California Institute of Technology v. Hughes Communications, Inc.*, No. 2:13-cv-07245 (C.D. Cal. Oct. 1, 2013).

The Court **DENIES** the pending discovery motion without prejudice and directs Xilinx, Inc. and CalTech to comply with the procedures for addressing discovery disputes set forth in the court's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category

1 of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: October 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge